IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Christine M. Arguello

Civil Action No. 19-cv-01270-CMA-SKC

ALEX W., by and through his parents and next friends, MARLENE W. and WILLIAM W.,

    Plaintiff,

v.

POUDRE SCHOOL DISTRICT R-1,

    Defendant.

---

## ORDER
---

    This case is before the Court on the Remand and Mandate from the United States Court of Appeals for the Tenth Circuit. (Docs. ## 47, 47-1, 49.) The Tenth Circuit affirmed this Court's Opinion and Order Affirming Agency Decision (Doc. # 34 at 4–34) dismissing the challenge by Plaintiff Alex W.'s parents of an Administrative Law Judge's ("ALJ") determination that Alex had not been denied a "free appropriate public education." (Doc. # 47-1 at 2, 12–33, 39.) However, the Tenth Circuit reversed the Court's affirmance (Doc. # 34 at 34–35) of the ALJ's requirement that Defendant Poudre School District R-1 reimburse the parents for a neuropsychology Independent Educational Evaluation ("IEE"). (Doc. # 47-1 at 2, 33–39.)

    The Tenth Circuit concluded that the neuropsychology IEE was the second requested IEE with respect to Alex's 2017 triennial reevaluation, but that the plain text of

the pertinent regulation "makes clear the Parents were entitled to 'only one' IEE at public expense per school district evaluation." (*Id.* at 35–37 (quoting 34 C.F.R. § 300.502(b)(5)).) The Tenth Circuit, thus, "**REVERSE[D]** the district court's reimbursement order." (*Id.* at 39.)

Accordingly, the Court ORDERS as follows:

- the Court's Opinion and Order Affirming Agency Decision (Doc. # 34) is VACATED only as to Section III.B;
- the Administrative Law Judge's order that Defendant Poudre School District R-1 reimburse Plaintiff Alex W.'s Parents for the neuropsychology IEE is REVERSED.

DATED: May 16, 2024

BY THE COURT:

CHRISTINE M. ARGUELLO
Senior United States District Judge